**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re:  **WILLIAM HAROLD FOX,** | : | Case No. 14-57909 |
| **JENNIFER JO FOX,** | : | Chapter 13 |
| Debtors. | : | Judge Charles M. Fox |

## NOTICE OF CHANGE OF ADDRESS OF DEBTORS

Now come Debtors WILLIAM HAROLD FOX and JENNIFER JO FOX by and through the undersigned counsel, and respectfully provides this Honorable Court with notice of a change of address for the Debtors:

WILLIAM HAROLD FOX and JENNIFER JO FOX
4373 Camberry Court
Dublin, OH 43016

Respectfully submitted,

Dated: 12 February 2016

*/s/ Mark Albert Herder*
Mark Albert Herder (0061503)
Attorney for the Debtors
MARK ALBERT HERDER, LLC
1031 East Broad Street
Columbus, Ohio 43205
Tel.:   614.444.5290
Fax:   614.444.4446
markalbertherder@yahoo.com